UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-0537** |
| **BOBBY JINDAL, GOVERNOR OF STATE,** <br> **JAMES LEBLANC, SECRETARY OF CORRECTIONS,** <br> **ROBERT TANNER, CCE, WARDEN** | **SECTION "C" (4)** |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's Objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion for Certification of the Class (Rec. Doc. No. 5)** filed by the plaintiff, Larry Lewis, is **DENIED** as moot and otherwise as meritless.

**IT IS FURTHER ORDERED** that Lewis's § 1983 claims against the defendants, Governor Bobby Jindal, Secretary James LeBlanc, and Warden Robert Tanner, each in their official and individual capacities, are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and/or for seeking monetary relief against immune defendants in accordance with 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this __28____ day of _____May_____, 2014.

_____
UNITED STATES DISTRICT JUDGE